# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-02676-JSL-MAN | Date | January 23, 2012 |
|---|---|---|---|
| Title | Terran D. Andrews v. Michael J. Astrue | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| Mel Zavala | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers)  Order To Show Cause

On October 31, 2011, the Court approved Defendant's *Ex Parte* Application To Modify Case Management Order (the "Order").  Pursuant to the Order, plaintiff was required to file either a notice to dismiss on or before November 8, 2011, or a motion for summary judgment on or before December 15, 2011.  Both deadlines have elapsed, and nothing has been filed by plaintiff, in violation of the Court's Order.

Accordingly, on or before **February 14, 2012**, plaintiff is ORDERED to show good cause, if any exists, in writing why plaintiff did not timely file either his notice to dismiss or motion for summary judgment, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order.  Alternatively, plaintiff may satisfy his obligation under this order by simply filing his notice to dismiss or motion for summary judgment by the February 14, 2012 deadline.

Plaintiff is forewarned that, if he fails to do comply with this order, the Court will:  deem such failure to be both a further violation of a Court order and further evidence of a lack of prosecution on plaintiff's part; and recommend that this action be dismissed pursuant to FED. R. CIV. P. 41(b) and Local Rule 41-1.

cc:     All Parties of Record

                                                                                                          :
                                                                            Initials of Preparer